UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CRYSTAL EVANS, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| vs. ) | CASE NO. 4:22-CV-3 RLM-JPK |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| *Defendant* ) | |

### ORDER

The court received a letter on January 12, 2022, that appeared to seek judicial review of an adverse decision of the Commissioner of Social Security on behalf of Crystal Evans. [Doc. No. 1]. The letter was from Natasha Elliott and Sandra Robbins but didn't explain what legal relationship, if any, they had to Ms. Evans. The letter didn't include a complaint for judicial review and Ms. Evans didn't pay the filing fee or file a motion to proceed in forma pauperis. The court directed the Clerk to send Ms. Evans a Social Security Complaint Form and an Application to Proceed in Forma Pauperis and gave Ms. Evans to and including February 10, 2022, to file a complaint. [Doc. No. 2]. The court cautioned Ms. Evans that not responding by February 10 would result in dismissal without further notice.

Ms. Evans hasn't responded to the court's order and hasn't filed a complaint, paid the filing fee, or filed a motion to proceed in forma pauperis. Accordingly, the court DISMISSES this case WITHOUT PREJUDICE for failure to prosecute.

SO ORDERED.

ENTERED:   March 1, 2022

    /s/ Robert L. Miller, Jr.
Judge, United States District Court